1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LOUIS COOPER,                          )        1:06-CV-00712-AWI-WMW-HC
                                            )
12            Petitioner,                   )        ORDER TO SUBMIT NEW APPLICATION
                                            )        TO PROCEED IN FORMA PAUPERIS **OR**
13            vs.                           )        PAY FILING FEE
                                            )
14   WARDEN WRIGLEY,                        )
                                            )
15                                          )
              Respondent.                   )
16   _____       )

17            Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis pursuant

19   to 28 U.S.C. § 1915 and a copy of his prison trust account statement.  However, petitioner's application

20   to proceed in forma pauperis was not submitted on the proper form and did not include petitioner's

21   original signature.  Each document submitted for filing must include the original signature of the filing

22   party or parties.  Local Rule 7-131; F.R.C.P. 11(a).   Petitioner will be provided the opportunity to

23   submit a new application to proceed in forma pauperis, or pay the $5.00 filing fee.

24            Accordingly, IT IS HEREBY ORDERED that:

25            1.  The Clerk's Office shall send to petitioner the form for application to proceed in forma

26   pauperis.

27            2.  Within thirty days of the date of service of this order, petitioner shall submit a

28   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

1   action.  Petitioner is not required to submit another certified copy of his trust account statement.  Failure

2   to comply with this order will result in a recommendation that this action be dismissed.

3   IT IS SO ORDERED.

4   **Dated:    July 11, 2006**                          **/s/  William M. Wunderlich**
    bl0dc4                                               UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28