**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PEGGY S. DOYLE, SB# 176483
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Respondent
TAFT CORRECTIONAL INSTITUTION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS COOPER,<br><br>  Petitioner,<br><br>  v.<br><br>WRIGLEY, WARDEN,<br><br>  Respondent. | CASE NO. 1:06 CV 0712 AWI WMW HC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO PETITION UNTIL MAY 14, 2007** |

## ORDER

Upon review of defendant TAFT CORRECTIONAL INSTITUTION's Request For Extension of Time to Respond to Petition, filed on May 9, 2007, and good cause appearing therefor, the Court HEREBY GRANTS Respondent's request and orders that a responsive pleading be filed by May 14, 2007.

IT IS SO ORDERED.

Dated:   May 9, 2007                    /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE