# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS COOPER, | ) | 1:06-CV-0712 AWI JMD (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #24] |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS WITH PREJUDICE |
| | ) | |
| | ) | |
| WARDEN WRIGLEY, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 7, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED with prejudice based on Petitioner's failure to comply with the Local Rules and a court order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service

1 of the order. More than thirty days have passed and no objections have been filed.[1]

2 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
3 *novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the
4 Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

5 Accordingly, IT IS HEREBY ORDERED that:

6 1. The Findings and Recommendation issued October 7, 2008, is ADOPTED IN FULL;

7 2. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and

8 3. The Clerk of Court is DIRECTED to close this case.

10 IT IS SO ORDERED.

11 **Dated:    December 15, 2008**            /s/ **Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Findings and Recommendation served to Petitioner was returned by the U.S. Postal Service as undeliverable. Both attorneys and pro se litigants are under a continuing duty to inform the Court of a change of address, and service at a prior address in the absence of notice of change is fully effective. Local Rule 83-182(f).